UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   04 CV 3571 (NG) (JMA)
LINDA ROBINSON,

                **Plaintiff,**

   -against-                                    <u>ORDER</u>

JHONDRA JAMEER and DERRICK C.
WILLIAMS,

                **Defendants.**
------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      Plaintiff's belated application to vacate the court's order dated October 18, 2005 is denied.


                                                        **SO ORDERED.**


                                                    /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated:  Brooklyn, New York
         July 21, 2006